TORIBIO GARIDO, as Administrator, etc., of ANGELO GARIDO, Deceased, Respondent, v. SAMUEL FISCHER, Appellant.— Judgment and order unanimously affirmed,

---

* See Civ. Prac. Act, § 187. subd. 3.— [REP.

with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.